ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2007

at 11 o'clock and 35 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR07-00108 DAE |
| Plaintiff, | INDICTMENT |
| vs. | |
| ROBERT KAIALAU, III (01) | [Counts 1-4: 18 U.S.C. § 1959(a)(3) and 18 U.S.C. § 2] |
| HEE SONG YOO, (02) also known as "Korean Johnny," | |
| SUNG IL YO, (03) also known as "Scotty," | |
| JOON WOO LEE, (04) also known as "Mike," | |
| TAMAFAIGA SOI, (05) also known as "Flex," | |
| CHRISTOPHER J. PAAU, (06) | |
| SOLOMON M. YORK, (07) | |
| GEORGE JOE ESENE, (08) | |
| RICHARD P. KAMAI, Jr. (09) | |
| NEPO T. LEUTU, (10) | |
| KEAKA N. KAMAI, (11) | |
| Defendants. | |

# I N D I C T M E N T

## COUNT 1: Violent Crime in Aid of Racketeering Activity

The Grand Jury charges:

### The Enterprise

1. At various times relevant to this Indictment, ROBERT KAIALAU, III, HEE SONG YOO, also known as "Korean Johnny," SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," TAMAFAIGA SOI, also known as "Flex," CHRISTOPHER PAAU, SOLOMON M. YORK, GEORGE JOE ESENE, RICHARD P. KAMAI, JR., NEPO T. LEUTU, and KEAKA N. KAMAI, the defendants, and others known and unknown, were members and associates of a criminal organization whose members and associates engaged in illegal gambling and acts of violence, including robbery, assault, and extortion, and, which operated principally in the State of Hawaii.

2. The criminal organization, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

Purposes of the Enterprise

3. The purposes of the enterprise included the following:

a. Enriching the leaders, members and associates of the enterprise through, among other things, (i) the extortionate control of businesses and persons through threats of physical and economic harm, and the use of physical violence; and (ii) the operation and ownership of illegal gambling businesses;

b. Preserving, protecting, and augmenting the power, territory, and financial profits of the enterprise through intimidation, violence, and threats of physical and economic harm; and

c. Keeping victims and citizens in fear of the enterprise, and its leaders, its members and its associates by committing and threatening to commit physical violence and/or by causing and threatening to cause economic harm.

Roles of the Defendants

4. The defendant, ROBERT KAIALAU, III, was a leader of the enterprise who directed other members of the enterprise in carrying out unlawful and other activities.

a. Under the direction of ROBERT KAIALAU III, a leader of the enterprise, defendants HEE SONG YOO, also known as "Korean Johnny," SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," TAMAFAIGA SOI, also known as "Flex,"

CHRISTOPHER PAAU, SOLOMON M. YORK, GEORGE JOE ESENE, RICHARD P. KAMAI, JR., NEPO T. LEUTU, KEAKA N. KAMAI, and others participated in unlawful and other activities.

Means and Methods of the Enterprise

5. Among the means and methods by which the defendants and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

a. To protect and expand the enterprise's business and criminal operations, members and associates of the enterprise threatened to rob, assault, and extort persons who engaged in activity that jeopardized (i) the power and criminal activities of the enterprise, and (ii) the flow of criminal proceeds to the leader of the enterprise.

b. Members of the enterprise and their associates promoted a climate of fear and intimidation in the community through threats of economic harm and violence.

c. Members and associates of the enterprise generated income for the enterprise through, among other things, the operation and ownership of illegal gambling businesses.

6. At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts indictable under Title 18, United States Code, Section 1955.

7. On or about July 30, 2003, in the District of Hawaii, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their positions in the enterprise, an enterprise engaged in racketeering activity, ROBERT KAIALAU, III, HEE SONG YOO, also known as "Korean Johnny," SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," TAMAFAIGA SOI, also known as "Flex," CHRISTOPHER J. PAAU, SOLOMON M. YORK, GEORGE JOE ESENE, RICHARD P. KAMAI, JR., and KEAKA N. KAMAI, defendants herein, and others known and unknown, unlawfully, and knowingly assaulted with a dangerous weapon, that is, a baseball bat, and aided and abetted the assault with a dangerous weapon of an individual, to wit, John Doe #1, at 1334 Young Street, Honolulu, Hawaii, in violation of Sections 707-711 and 702-222 of the Hawaii Revised Statutes.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT 2: Assault with a Dangerous Weapon**

The Grand Jury further charges:

1. Paragraphs 1 through 6 of Count 1 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about July 30, 2003, in the District of

Hawaii, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their positions in the enterprise, an enterprise engaged in racketeering activity, ROBERT KAIALAU, III, HEE SONG YOO, also known as "Korean Johnny," SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," TAMAFAIGA SOI, also known as "Flex," CHRISTOPHER J. PAAU, SOLOMON M. YORK, GEORGE JOE ESENE, RICHARD P. KAMAI, JR., and KEAKA N. KAMAI, defendants herein, and others known and unknown, unlawfully, and knowingly assaulted with a dangerous weapon, that is, a baseball bat, and aided and abetted the assault with a dangerous weapon of an individual, to wit, John Doe #2, at 1334 Young Street, Honolulu, Hawaii, in violation of Sections 707-711 and 702-222 of the Hawaii Revised Statutes.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT 3: Assault with a Dangerous Weapon**

The Grand Jury further charges:

1. Paragraphs 1 through 6 of Count 1 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about August 3, 2003, in the District of Hawaii, as consideration for the receipt of, and as consideration

for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their positions in the enterprise, an enterprise engaged in racketeering activity, ROBERT KAIALAU, III, SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," CHRISTOPHER PAAU, SOLOMON M. YORK, NEPO T. LEUTU, and KEAKA N. KAMAI, defendants herein, and others known and unknown, unlawfully and knowingly assaulted with a dangerous weapon, that is, a baseball bat, and aided and abetted the assault with a dangerous weapon of an individual, to wit, John Doe #3, at 1687 Kapiolani Boulevard, Honolulu, Hawaii, in violation of Sections 707-711 and 702-222 of the Hawaii Revised Statutes.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT 4: Assault with a Dangerous Weapon**

The Grand Jury further charges:

1. Paragraphs 1 through 6 of Count 1 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about August 3, 2003, in the District of Hawaii, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their positions in the enterprise, an

enterprise engaged in racketeering activity, ROBERT KAIALAU, III, SUNG IL YO, also known as "Scotty," JOON WOO LEE, also known as "Mike," CHRISTOPHER PAAU, SOLOMON M. YORK, NEPO T. LEUTU, and KEAKA N. KAMAI, defendants herein, and others known and unknown, unlawfully and knowingly assaulted with a dangerous weapon, that is, a baseball bat, and aided and abetted the assault with a dangerous weapon of an individual, to wit, John Doe #4, at 1687 Kapiolani Boulevard, Honolulu, Hawaii, in violation of Sections 707-711 and 702-222 of the Hawaii Revised Statutes.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

DATED: February 28th, 2007, at Honolulu, Hawaii.

A TRUE BILL

|s| Foreperson

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE NAKAKUNI
Chief, Drug/Organized Crime Section

THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Robert Kaialau, et al., "Indictment", Cr. No.07-